IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AKILAH E. HATFIELD,    )<br>                             )<br>    Plaintiff,      )<br>                             )<br>    v.                  )<br>                             )<br>FRESENIUS MEDICAL CARE  )<br>DIALYSIS SERVICES,     )<br>                             )<br>    Defendant.      ) | CIVIL ACTION NO.<br>3:11cv53-MHT |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 8) is adopted.

(2) Defendant's motion to dismiss (doc. no.7) is denied.

(3) This matter is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 20th day of June, 2011.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE