IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AKILAH E. HATFIELD,           ) | |
| ) | |
|    Plaintiff,           ) | |
| ) | CIVIL ACTION NO. |
| v.           ) | 3:11cv53-MHT |
| ) | (WO) |
| BIO-MEDICAL APPLICATIONS     ) | |
| OF ALABAMA, INC., etc.,      ) | |
| ) | |
|    Defendant.           ) | |

OPINION

Plaintiff filed this lawsuit asserting claims arising out of her employment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of September, 2012.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE